NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**POWER MANAGEMENT SOLUTIONS LLC,**
*Plaintiff-Appellant,*

**v.**

**ADVANCED MICRO DEVICES, INC.,**
*Defendant-Appellee.*

---

2013-1455

---

Appeal from the United States District Court for the District of Delaware in No. 12-CV-0426, Judge Richard G. Andrews.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**POWER MANAGEMENT SOLUTIONS LLC,**
*Plaintiff-Appellant,*

**v.**

**NVIDIA CORPORATION,**
*Defendant-Appellee.*

---

2013-1456

---

Appeal from the United States District Court for the District of Delaware in No. 12-CV-0427, Judge Richard G. Andrews.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**POWER MANAGEMENT SOLUTIONS LLC,**
*Plaintiff-Appellant,*

**v.**

**INTEL CORPORATION,**
*Defendant-Appellee,*

AND

**TEXAS INSTRUMENTS INCORPORATED,**
*Defendant-Appellee,*

AND

**MARVELL SEMICONDUCTOR, INC.,**
*Defendant-Appellee.*

———————————

2013-1457

———————————

Appeal from the United States District Court for the District of Delaware in No. 11-CV-0743, Judge Richard G. Andrews.

———————————

**JUDGMENT**

———————————

BRYAN GUY HARRISON, Morris, Manning & Martin, LLP, of Atlanta, Georgia, argued for plaintiff-appellant. With him on the brief was JEFFREY THOMAS BRELOSKI.

DAVID C. MARCUS, Wilmer Cutler Pickering Hale and Dorr LLP, of Los Angeles, California, argued for all defendants-appellees. With him on the brief for defendant-appellee Intel Corporation were MARK C. FLEMING, LOUIS W. TOMPROS, and KEVIN A. GOLDMAN, of Boston, Massachusetts; and ARTHUR W. COVIELLO, of Palo Alto, California. On the brief for defendant-appellee Texas Instruments Incorporated was THOMAS R. JACKSON, Jones Day, of Dallas, Texas. Of counsel was DANIEL T. CONRAD. On the brief for defendant-appellee Marvell Semiconductor, Inc., was MICHAEL A. MOLANO, Mayer Brown, LLP, of Palo Alto, California.

AARON R. FAHRENKROG, Robins, Kaplan, Miller & Ciresi L.L.P., of Minneapolis, Minnesota, for defendant-appellee Advanced Micro Devices, Inc.

MICHAEL G. RHODES, Cooley LLP, of San Francisco, California, for defendant-appellee NVIDIA Corporation. With him on the brief were BENJAMIN G. DAMSTEDT and LAM K. NGUYEN, of Palo Alto, California.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* LOURIE, and MOORE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 14, 2014
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court